# Court of Appeals
# of the State of Georgia

ATLANTA,  March 05, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0048.  WINDFLOWER GEORGIA, LLC v. GEORGIA ACCESS TO MEDICAL CANNABIS COMMISSION et al.**

Upon review of Applicant's motion for an extension of time to file an application for discretionary appeal, it is hereby ordered that Applicant has until April 4, 2024, to file its application for discretionary appeal.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  03/05/2024*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*